UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **KORTNE GOSHA** | * |
| | *   **FEDERAL CASE NO. 8:25-CV-2187** |
| **VERSUS** | * |
| | *   **STATE CASE NO. 25-002463-CI** |
| **MICHAEL JOHNSON, and** | * |
| **COUTH CONSULTING, LLC** | * |
| | * |

### DEFENDANT'S NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes Michael Johnson to file this Notice of Removal, hereby invoking this Court's diversity jurisdiction over the above-captioned matter and removing the same to the United States District Court for the Middle District of Florida (Tampa Division). In support, Mr. Johnson states as follows:

1. On May 9, 2025, Plaintiff Kortne Gosha filed a lawsuit against Mr. Johnson and Couth Consulting, LLC in Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida. *See* Compl., *Gosha v. Johnson et al.*, No. 25-002463 (Pinellas Cty., Fla.) (attached hereto).

2. Mr. Gosha, who purports to be a resident of "St. Tammey Parish County[1]" in Louisiana, alleges that he formed Couth Consulting LLC in 2022 as a "business partnership" with Mr. Johnson, a citizen of Tennessee. Compl. at ¶¶ 2-3, 7.

3. Mr. Gosha alleges that he is "a creditor" of Couth and that he is entitled to judicial dissolution of Couth Consulting LLC, an award of damages from Mr. Johnson to compensate

---

[1] This appears to be a mistaken reference to St. Tammany Parish, Louisiana. Upon information and belief, Mr. Gosha is not a citizen of Louisiana, but a citizen of Nebraska.

Gosha for his "contributions to the Company," and ownership of a vehicle of valued at $75,000. *Id.* at pp. 4, 6.

4. Neither Mr. Johnson nor Couth Consulting LLC have been served with the complaint in this matter.

5. As he has not yet been served, Mr. Johnson timely files this Notice of Removal pursuant to 28 U.S.C. § 1446(b)(1).

6. All documents filed with the Pinellas County court in the matter are attached hereto at Doc. 1-1 in satisfaction of 28 U.S.C. § 1446(a).

7. This Court is the proper venue for removal pursuant to 28 U.S.C. § 1441(a) because this "district and division embrac[es] the place where such action is pending," Pinellas County, Florida.

8. This matter is properly removed to this Court as it has original jurisdiction over the claims asserted pursuant to the Court's diversity jurisdiction. 28 U.S.C. § 1332.

9. Mr. Johnson contests and denies any liability to Mr. Gosha. However, Mr. Gosha alleges that he is entitled to be awarded ownership of an asset valued at $75,000, plus damages from Couth and Mr. Johnson. Compl. pp. 2, 6. Thus, the matter in controversy exceeds the sum or value of $75,000. 28 U.S.C. § 1332(a).

10. Further, complete diversity exists because this matter "is between citizens of different states." 28 U.S.C. § 1332(a)(1).

   a. Plaintiff Kortne Gosha alleges that he is a resident of Louisiana. Compl. ¶ 2. Upon information and belief, he is actually a resident of Nebraska.

   b. Defendant Michael Johnson is a resident and citizen of the State of Tennessee. Compl. ¶ 3.

   c. Defendant Couth Consulting LLC is a limited liability company organized under Florida law. Compl. ¶ 4. "A limited liability company is a citizen of any state of

which a member of the company is a citizen." *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004) (per curiam). The members of Couth Consulting LLC are Michael Johnson, a Tennessee citizen, and Couth Innovation Group LLC, an LLC registered in Delaware whose sole member is Mr. Johnson.

11. Mr. Johnson will file a Notice of Filing of Notice of Removal (attached hereto) in state court where this matter was pending.

**WHEREFORE**, Mr. Johnson respectfully requests that, after due proceedings, this Court accept removal of this action pursuant to 28 U.S.C. § 1441 *et seq.*; conduct further proceedings consist with such removal; and for all other relief appropriate under the circumstances.

Respectfully submitted:

*/s/ Jacob K. Weixler*
Jacob K. Weixler
Florida Bar No. 86273
WEIXLER LAW LLC
1239 Baronne St.
New Orleans, LA 70113
Tel:   (504) 408-2180
Fax:   (504) 814-1728
jkw@weixlerlaw.com

*Counsel for Dr. Michael Johnson*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record on August 18, 2025 via email at the addresses below and via the Court's CM/ECF system:

Counsel for Plaintiffs:
Joseph F. Southron
joe@southronfirm.com
eservice@southronfirm.com

*/s/ Jacob K. Weixler*
JACOB K. WEIXLER