

Julia Weber <julia.weber@fourriverslaw.com>

## Johnson/Gosha Settlement Agreement

14 messages

---

**Jacob Weixler** <jkw@weixlerlaw.com>                                              Thu, Feb 5, 2026 at 5:20 PM
To: Julia Weber <julia.weber@southronfirm.com>, Joe Southron <joe@southronfirm.com>, Richard Fee <rfee@feejeffries.com>, Beatriz Szabo
<bszabo@feejeffries.com>, eservice <eservice@southronfirm.com>

Julia and Joe:
Please see the attached settlement agreement signed by my client.

JKW

Jacob K. Weixler
Weixler Law LLC
P: 504.408.2180
F: 504.814.1728
jkw@weixlerlaw.com

 CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged, confidential, and intended only for the use of its intended recipient.  If
you are not the intended recipient, any dissemination, distribution, copying, or any action in reliance on the contents of this e-mail or the information contained
herein is strictly prohibited.  If you have received this e-mail in error, please immediately notify me by telephone and delete the original message from your files.
Thank you.

---

 **2026.02.05 - Gosha Final Settlement.docx.pdf**
282K

---

**Julia Weber** <julia.weber@southronfirm.com>                                      Thu, Feb 5, 2026 at 8:10 PM
To: Jacob Weixler <jkw@weixlerlaw.com>
Cc: Joe Southron <joe@southronfirm.com>, Richard Fee <rfee@feejeffries.com>, Beatriz Szabo <bszabo@feejeffries.com>, eservice <eservice@southronfirm.com>

Thanks, likewise.

**Please REPLY ALL to ensure your email is responded to in a timely manner**

Best,



**Julia Weber**

**Attorney & Partner, Southron Firm, P.A.**

Phone: (813) 773-5105  |  www.southronfirm.com

julia.weber@southronfirm.com

400 N Ashley Dr Suite 1720, Tampa, FL 33602

We have rebranded! The Four Rivers Law Firm is now Southron Firm. Same people, same team, but with a new name!

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

Nothing contained in this message (including attachments) shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act ("UETA"), Florida Statutes §668.50, or any other law governing electronic transactions. Contract formation shall occur only with manually affixed original signatures on original documents. This message does not provide an opinion, nor without a fee agreement signed by the firm, confirm representation or counsel.

[Quoted text hidden]

 **2026.02.05 - Gosha Final Settlement.docx (1).pdf**
279K

**Julia Weber** <julia.weber@southronfirm.com>                                      Mon, Feb 9, 2026 at 10:46 AM
To: Jacob Weixler <jkw@weixlerlaw.com>
Cc: Joe Southron <joe@southronfirm.com>, Richard Fee <rfee@feejeffries.com>, Beatriz Szabo <bszabo@feejeffries.com>, eservice <eservice@southronfirm.com>

Jake, do you have the tracking information for the laptop?

**Please REPLY ALL to ensure your email is responded to in a timely manner**

Best,



## Julia Weber

**Attorney & Partner, Southron Firm, P.A.**

Phone: (813) 773-5105  |  www.southronfirm.com

julia.weber@southronfirm.com

400 N Ashley Dr Suite 1720, Tampa, FL 33602

We have rebranded! The Four Rivers Law Firm is now Southron Firm. Same people, same team, but with a new name!

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

Nothing contained in this message (including attachments) shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act ("UETA"), Florida Statutes §668.50, or any other law governing electronic transactions. Contract formation shall occur only with manually affixed original signatures on original documents. This message does not provide an opinion, nor without a fee agreement signed by the firm, confirm representation or counsel.

[Quoted text hidden]

---

**Jacob Weixler** <jkw@weixlerlaw.com>                                         Mon, Feb 9, 2026 at 12:00 PM
To: Julia Weber <julia.weber@southronfirm.com>
Cc: Joe Southron <joe@southronfirm.com>, Beatriz Szabo <bszabo@feejeffries.com>, eservice <eservice@southronfirm.com>

We ran into an issue with the laptop. My client apparently has multiple MacBooks and he's not sure which one is the laptop we are supposed to ship. Does Kortne have a serial number for the laptop to be returned?

JKW

Four Rivers Law Firm Mail - Johnson/Goshe Settlement Agreement

On Feb 9, 2026, at 9:46 AM, Julia Weber <julia.weber@southronfirm.com> wrote:

[Quoted text hidden]

---

**Julia Weber** <julia.weber@southronfirm.com>                                        Mon, Feb 9, 2026 at 12:11 PM
To: Jacob Weixler <jkw@weixlerlaw.com>
Cc: Joe Southron <joe@southronfirm.com>, Beatriz Szabo <bszabo@feejeffries.com>, eservice <eservice@southronfirm.com>

Our client doesn't have the serial number recorded. Your client doesn't know which laptop(s) are his? I find that hard to believe. Does he have serial numbers for his own laptops that he can compare against?

**Please REPLY ALL to ensure your email is responded to in a timely manner**

Best,



**Julia Weber**
**Attorney & Partner, Southron Firm, P.A.**

Phone: (813) 773-5105  |  www.southronfirm.com

julia.weber@southronfirm.com

400 N Ashley Dr Suite 1720, Tampa, FL 33602

We have rebranded! The Four Rivers Law Firm is now Southron Firm. Same people, same team, but with a new name!

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

Nothing contained in this message (including attachments) shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act ("UETA"), Florida Statutes §668.50, or any other law governing electronic transactions. Contract formation shall occur only with manually affixed original signatures

on original documents. This message does not provide an opinion, nor without a fee agreement signed by the firm, confirm representation or counsel.

[Quoted text hidden]

---

**Jacob Weixler** <jkw@weixlerlaw.com>                                                    Mon, Feb 9, 2026 at 12:19 PM
To: Julia Weber <julia.weber@southronfirm.com>
Cc: Joe Southron <joe@southronfirm.com>, Beatriz Szabo <bszabo@feejeffries.com>, eservice <eservice@southronfirm.com>

I'm trying my best to run it down on my end. If Gosha has an ereceipt from the Apple Store in his email that would really help. Sometimes Apple logs the device SN on iCloud also.

> On Feb 9, 2026, at 11:11 AM, Julia Weber <julia.weber@southronfirm.com> wrote:

[Quoted text hidden]

---

**Richard Fee** <rfee@feejeffries.com>                                                    Mon, Feb 9, 2026 at 12:25 PM
To: Beatriz Szabo <bszabo@feejeffries.com>, Jacob Weixler <jkw@weixlerlaw.com>, Joe Southron <joe@southronfirm.com>, Julia Weber <julia.weber@southronfirm.com>

OK everybody. Let's keep cool heads and work through this issue. FYI, I have not been copied on this email string although my assistant Ms. Szabo has been.

Rick

Get Outlook for iOS

---

**From:** Beatriz Szabo <bszabo@feejeffries.com>
**Sent:** Monday, February 9, 2026 12:23 PM
**To:** Richard Fee <rfee@feejeffries.com>
**Subject:** FW: Johnson/Gosha Settlement Agreement


Beatriz M. Szabo, Legal Assistant
Richard E. Fee, Esquire
Kathleen M. Wade, Esquire
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602

(813) 229-8008 - Telephone
(813) 229-0046 - Facsimile
bszabo@feejeffries.com

Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this message is attorney privileged and/or confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication or any of the information in it is strictly prohibited.  If you have received this communication in error, please advise the sender by reply e-mail and then delete the message.  Thank you very much.

[Quoted text hidden]

---

**Julia Weber** <julia.weber@southronfirm.com>                                                    Mon, Feb 16, 2026 at 3:27 PM
To: Richard Fee <rfee@feejeffries.com>
Cc: Beatriz Szabo <bszabo@feejeffries.com>, Jacob Weixler <jkw@weixlerlaw.com>, Joe Southron <joe@southronfirm.com>

Any news on the laptop?

**Please REPLY ALL to ensure your email is responded to in a timely manner**

Best,



**Julia Weber**
**Attorney & Partner, Southron Firm, P.A.**

Phone: (813) 773-5105  |  www.southronfirm.com

julia.weber@southronfirm.com

400 N Ashley Dr Suite 1720, Tampa, FL 33602

We have rebranded! The Four Rivers Law Firm is now Southron Firm. Same people, same team, but with a new name!

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as

information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

Nothing contained in this message (including attachments) shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act ("UETA"), Florida Statutes §668.50, or any other law governing electronic transactions. Contract formation shall occur only with manually affixed original signatures on original documents. This message does not provide an opinion, nor without a fee agreement signed by the firm, confirm representation or counsel.

[Quoted text hidden]

---

**Jacob Weixler** <jkw@weixlerlaw.com>                                    Tue, Feb 17, 2026 at 11:55 AM
To: Julia Weber <julia.weber@southronfirm.com>
Cc: Richard Fee <rfee@feejeffries.com>, Beatriz Szabo <bszabo@feejeffries.com>, Joe Southron <joe@southronfirm.com>

Give me a day to find out. It's a holiday here today.

> On Feb 16, 2026, at 2:27 PM, Julia Weber <julia.weber@southronfirm.com> wrote:

[Quoted text hidden]

---

**Jacob Weixler** <jkw@weixlerlaw.com>                                    Fri, Feb 20, 2026 at 5:51 PM
To: Julia Weber <julia.weber@southronfirm.com>
Cc: Richard Fee <rfee@feejeffries.com>, Beatriz Szabo <bszabo@feejeffries.com>, Joe Southron <joe@southronfirm.com>

My client has looked high and low for it and cannot find the MacBook that we believe Mr. Gosha is referring to. He thought it was among his things in storage but when he searched it wasn't there. He's been thinking about it and he thinks it may have ended up in Mr. Gosha's storage. He will sign a dec that says he doesn't have it, didn't dispose of it/give it away/sell it, nor does he have any access to it.

Jacob K. Weixler
Weixler Law LLC
P: 504.408.2180
F: 504.814.1728
jkw@weixlerlaw.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged, confidential, and intended only for the use of its intended recipient. If you are not the intended recipient, any dissemination, distribution, copying, or any action in reliance on the contents of this e-mail or the information contained herein is strictly prohibited. If you have received this e-mail in error, please immediately notify me by telephone and delete the original message from your files. Thank you.

[Quoted text hidden]

**Julia Weber** <julia.weber@southronfirm.com>                                                    Wed, Mar 4, 2026 at 12:11 PM
To: Jacob Weixler <jkw@weixlerlaw.com>
Cc: Richard Fee <rfee@feejeffries.com>, Beatriz Szabo <bszabo@feejeffries.com>, Joe Southron <joe@southronfirm.com>

Please provide a sworn affidavit from your client addressing the following:

1. whether he ever possessed the laptop,
2. when he last had possession of it,
3. how and when it left his possession,
4. that it was not in his possession at any point during the litigation and is not now in his possession,
5. that he did not dispose of or conceal the laptop, or transfer, give away, or sell to any third party,
6. whether he ever accessed, copied, backed up, or disseminated any data from the laptop,
7. that he does not have access to the device or its contents now, and
7. whether, to his knowledge, any third party has had possession of or access to the device or its contents.

Please provide me with a draft of the affidavit within 24 hours as I need to confirm your client has adequately addressed the facts regarding the laptop. Upon approval, please provide the executed sworn affidavit within 2 days.

**Please REPLY ALL to ensure your email is responded to in a timely manner**

Best,



### Julia Weber
**Attorney & Partner, Southron Firm, P.A.**

Phone: (813) 773-5105  |  www.southronfirm.com

julia.weber@southronfirm.com

400 N Ashley Dr Suite 1720, Tampa, FL 33602

We have rebranded! The Four Rivers Law Firm is now Southron Firm. Same people, same team, but with a new name!

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

4/8/26, 5:43 PM

Case 8:25-cv-02187-SDM-CPT    Four Rivers Law Firm Mail - Johnson/Goshe Settlement Agreement    Filed 04/23/26    Page 9 of 11 PageID
215

Nothing contained in this message (including attachments) shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act ("UETA"), Florida Statutes §668.50, or any other law governing electronic transactions. Contract formation shall occur only with manually affixed original signatures on original documents. This message does not provide an opinion, nor without a fee agreement signed by the firm, confirm representation or counsel.

[Quoted text hidden]

---

**Jacob Weixler** <jkw@weixlerlaw.com>                                      Wed, Mar 4, 2026 at 12:54 PM
To: Julia Weber <julia.weber@southronfirm.com>
Cc: Richard Fee <rfee@feejeffries.com>, Beatriz Szabo <bszabo@feejeffries.com>, Joe Southron <joe@southronfirm.com>

I will provide a declaration that addresses the issue of the missing laptop and provide it to you.

Please provide the letter required by the settlement agreement. It's now overdue unless I missed it.

> On Mar 4, 2026, at 11:12 AM, Julia Weber <julia.weber@southronfirm.com> wrote:

[Quoted text hidden]

---

**Julia Weber** <julia.weber@southronfirm.com>                             Wed, Mar 4, 2026 at 5:50 PM
To: Jacob Weixler <jkw@weixlerlaw.com>
Cc: Richard Fee <rfee@feejeffries.com>, Beatriz Szabo <bszabo@feejeffries.com>, Joe Southron <joe@southronfirm.com>

Apologies, I thought I sent this back in February. See attached.

**Please REPLY ALL to ensure your email is responded to in a timely manner**

Best,



**Julia Weber**
**Attorney & Partner, Southron Firm, P.A.**

Phone: (813) 773-5105  |  www.southronfirm.com

julia.weber@southronfirm.com

400 N Ashley Dr Suite 1720, Tampa, FL 33602

Four Rivers Law Firm Mail - Johnston/Goshia Settlement Agreement

We have rebranded! The Four Rivers Law Firm is now Southron Firm. Same people, same team, but with a new name!

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

Nothing contained in this message (including attachments) shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act ("UETA"), Florida Statutes §668.50, or any other law governing electronic transactions. Contract formation shall occur only with manually affixed original signatures on original documents. This message does not provide an opinion, nor without a fee agreement signed by the firm, confirm representation or counsel.

[Quoted text hidden]

 **1330_001.pdf**
215K

---

**Julia Weber** <julia.weber@southronfirm.com>                                   Thu, Mar 5, 2026 at 3:21 PM
To: Jacob Weixler <jkw@weixlerlaw.com>
Cc: Richard Fee <rfee@feejeffries.com>, Beatriz Szabo <bszabo@feejeffries.com>, Joe Southron <joe@southronfirm.com>

Following up on the draft affidavit.

**Please REPLY ALL to ensure your email is responded to in a timely manner**

Best,

 **Julia Weber**
**Attorney & Partner, Southron Firm, P.A.**

Phone: (813) 773-5105  |  www.southronfirm.com

julia.weber@southronfirm.com

Case 8:25-cv-02187-SDM-CPT Document 23-2 Filed 04/23/26 Page 11 of 11 PageID 217

400 N Ashley Dr Suite 1720, Tampa, FL 33602

We have rebranded! The Four Rivers Law Firm is now Southron Firm. Same people, same team, but with a new name!

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

Nothing contained in this message (including attachments) shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act ("UETA"), Florida Statutes §668.50, or any other law governing electronic transactions. Contract formation shall occur only with manually affixed original signatures on original documents. This message does not provide an opinion, nor without a fee agreement signed by the firm, confirm representation or counsel.

[Quoted text hidden]