# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**KORTNE GOSHA**                                  **CIVIL ACTION NO.**

**VERSUS**                                        **8:25-CV-2187-SDM-CPT**

**MICHAEL JOHNSON, and**
**COUTH CONSULTING, LLC**

_____

### <u>DECLARATION OF MICHAEL D. JOHNSON, JR., Ed.D.</u>

**NOW INTO COURT**, through undersigned counsel, comes Michael Johnson to file this Declaration:

1.    I am a party to the above-captioned case that was settled after a court-ordered mediation.

2.    As part of the settlement agreement, I agreed to send to Plaintiff's counsel a MacBook laptop computer that Mr. Gosha alleged belongs to him.

3.    I believed the laptop to be located among my personal property in storage.

4.    After the settlement agreement was signed, I searched for the laptop but could not locate it.

5.    I do not have possession of it and have not disposed of it, sold it, gave it away, or destroyed it. I believe it may be in Mr. Gosha's storage but I cannot be sure, nor do I have any knowledge of its current location or condition.

Docusign Envelope ID: FA28D7A5-5826-4BB7-8D1E-3D83BD7DE107

6.   I have no access to the contents of the laptop nor any copy of its contents.

7.   If I later discover the laptop, I will immediately send it to Plaintiff's counsel.

**I DECLARE**, under penalty of perjury that the foregoing is true and correct.



Signed by:

Dr. Michael Johnson

CA2A19E9D02347B...

MICHAEL D. JOHNSON, Jr., Ed.D.

Executed on _____3/30/2026_____

2