UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KARTNE GOSHA,

      Plaintiff,

v.                              CASE NO. 8:25-cv-02187-SDM-CPT

MICHAEL JOHNSON and
COUTH CONSULTING, LLC,

      Defendants.
_____/

### **ORDER**

An earlier order (Doc. 18) dismisses the action subject to the right of any party within sixty days (1) to submit a stipulated form of final order or (2) to move to vacate the dismissal for good cause. Gosha moves (Doc. 23) to vacate the dismissal for good cause. The parties are referred to Richard Fee for prompt mediation at a date and time and in a manner determined by the mediator. Lead counsel for each party must confer promptly and contact the mediator no later than **MAY 1, 2026**, to coordinate the day and time of mediation. **Joseph F. Southron** is designated as lead counsel and no later than **MAY 4, 2026**, must file a notice of mediation that states

the agreed day and time of mediation.

ORDERED in Tampa, Florida, on April 24, 2026.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE