**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KORTNE GOSHA**                                    **CIVIL ACTION NO.**

**VERSUS**                                          **8:25-CV-2187-SDM-CPT**

**MICHAEL JOHNSON, and**
**COUTH CONSULTING, LLC**

_____

**SECOND MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO**
**PLAINTIFF'S MOTION TO VACATE ORDER OF DISMISSAL**

**NOW INTO COURT**, through undersigned counsel, comes Michael

Johnson to file a Second Motion for Extension of Time to File Opposition to

Plaintiff's Motion to Vacate Order of Dismissal (R. Doc. 23).  In support, Mr.

Johnson states as follows:

1.      On April 23, 2026, Plaintiff Kortne Gosha filed a motion to vacate the

order of dismissal in this matter.  R. Doc. 23.

2.      On April 24, 2026, the Court ordered the parties to return to mediation

to attempt to resolve the matter in the motion to vacate. R. Doc. 24.  The parties are

continuing to mediate with the aid of the court-appointed mediator.

3.      The current deadline for Mr. Johnson's response in opposition to the

motion is May 28, 2026, during the time period that the parties have been ordered

to mediate. If mediation is successful, the opposition brief would be moot.

4.      Accordingly, Mr. Johnson asks the Court to extend the deadline for filing a response in opposition to the motion to June 18, 2026 to permit the parties to complete mediation before counsel turns attention to drafting and filing his response in opposition.

5.      Undersigned counsel contacted counsel for the Plaintiff by email on May 26, 2026 to obtain Plaintiff's position on this motion prior to filing.  Plaintiff's counsel has not yet responded and an 'out of office' message indicated that lead counsel will be away from email until May 28, 2026.  Plaintiff did not oppose Defendant's first motion to continue the deadline during the pendency of mediation.

**WHEREFORE**, Mr. Johnson respectfully requests that, after due proceedings, this Court extend his deadline to file an opposition to Plaintiff's motion to vacate (R. Doc. 23) to June 14, 2026; and for all other relief appropriate under the circumstances.

2

Respectfully submitted:

/s/ Jacob K. Weixler_____
Jacob K. Weixler
Florida Bar No. 86273
WEIXLER LAW LLC
3640 Magazine St.
New Orleans, LA 70115
Tel:    (504) 408-2180
Fax:    (504) 814-1728
jkw@weixlerlaw.com

*Counsel for Dr. Michael Johnson*

## LOCAL RULE 3.01(g) CERTIFICATION

I hereby certify that I attempted to confer by email with opposing counsel of record on May 27, 2026 prior to filing this motion.  Opposing counsel is away from the office until May 28, 2026.  Undersigned will continue to seek opposing counsel's position and will file a supplemental statement within three days in accordance with local rules.

/s/ Jacob K. Weixler_____
JACOB K. WEIXLER

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record on May 27, 2026 via email at the addresses below and via the Court's CM/ECF system:

        Counsel for Plaintiffs:
        Joseph F. Southron
        Julia Hannah Weber
        julia.weber@southronfirm.com
        joe@southronfirm.com
        eservice@southronfirm.com

                    */s/ Jacob K. Weixler*
                    JACOB K. WEIXLER

4