## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**KORTNE GOSHA**                                    **CIVIL ACTION NO.**

**VERSUS**                                          **8:25-CV-2187-SDM-CPT**

**MICHAEL JOHNSON, and**
**COUTH CONSULTING, LLC**

_____

### SUPPLEMENTAL STATEMENT UNDER LR 3.01(g)(3)

**NOW INTO COURT**, through undersigned counsel, comes Dr. Michael Johnson to provide a supplemental statement pursuant to LR 3.01(g)(3). At the time Dr. Johnson filed his second motion for extension [R. Doc. 28] to file an opposition to Plaintiff's motion to vacate, Plaintiff's counsel had not yet responded to undersigned counsel's efforts to confer regarding Plaintiff's position on the motion.  Plaintiff's counsel has now responded by email and informed undersigned counsel that Plaintiff does not object to the requested extension.

Respectfully submitted:

*/s/ Jacob K. Weixler*_____
Jacob K. Weixler
Florida Bar No. 86273
WEIXLER LAW LLC
3640 Magazine St.
New Orleans, LA 70115
Tel:    (504) 408-2180
Fax:    (504) 814-1728
jkw@weixlerlaw.com

*Counsel for Dr. Michael Johnson*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record on May 29, 2026 via email at the addresses below and via the Court's CM/ECF system:

Counsel for Plaintiffs:
Julia Weber
julia.weber@southronfirm.com
Joseph F. Southron
joe@southronfirm.com
eservice@southronfirm.com

*/s/ Jacob K. Weixler*_____
JACOB K. WEIXLER

2