UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KORTNE GOSHA,

Plaintiff,                                    CASE NO. 8:25-cv-02187-SDM-CPT

v.

MICHAEL JOHNSON, and
COUTH CONSULTING, LLC,

Defendants.

_____/

## MEDIATION REPORT

In accordance with the Court's Mediation order(s), a mediation conference was conducted from May 12 through 29, 2026, and the results of that conference are indicated below:

(a)  The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:

☒   All individual parties and their respective trial counsel.

☒   Designated corporate representatives.

☐   Required claims professionals.

(b)  The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered: N/A

(c)     The outcome of the mediation conference was:

☐     <u>The case has been completely settled</u>. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

☐     <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10 days.  The following issues remain for the Court to resolve:

☐     <u>The conference was continued</u> with the consent of all parties and counsel.  The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date.  Any continuance beyond that time must be approved by the presiding Judge.   Mediation Reports will be filed after additional conferences are complete.

☒     <u>The parties have reached an impasse</u>.

Done this 1st day of June 2026, in Tampa, Florida.

<div style="margin-left:50%">

*s/ Richard E. Fee*
Richard E. Fee
Florida Bar No.: 813680
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
rfee@feejeffries.com

Mediator

</div>

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2026, a true and accurate copy of the foregoing document was filed and electronically served to all counsel of record via the Court's CM/ECF system.

/s/ Richard E. Fee
Richard E. Fee, Mediator