UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KORTNE GOSHA,

Plaintiff,

v. CASE NO. 8:25-cv-02187-SDM-CPT

MICHAEL JOHNSON and
COUTH CONSULTING, LLC,

Defendants.
___________________________________/

**ORDER**

The plaintiff moves (Doc. 23) to vacate for good cause the dismissal and to either set aside the settlement or to enforce the settlement. The defendants respond (Doc. 32) in opposition. The alleged breach of a settlement agreement readily enforceable in the Circuit Court of the Sixth Judicial Circuit in Pinellas County, Florida is insufficient cause to the vacate the dismissal of the action. The motion (Doc. 23) is **DENIED**.

ORDERED in Tampa, Florida, on August 19, 2026.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE